No. 118. PICARELLI *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham Solomon* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney* and *Robert S. Erdahl* for the United States.

No. 119. CLEVELAND ET AL., EXECUTORS, *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Earl A. Darr* for petitioners. *Acting Solicitor General Cox, Assistant Attorney General Clark, Messrs. Sewall Key, Fred E. Youngman* and *Miss Helen R. Carloss* for respondent.

No. 120. CARLOS *v.* FLORIDA. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. George Palmer Garrett* for petitioner.

No. 121. MANHATTAN LIGHTERAGE CORP. *v.* ANDERSON ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Mr. Isidor Enselman* for respondents. *Acting Solicitor General Judson, Mr. Albert A. Spiegel* and *Miss Bessie Margolin* filed a memorandum on behalf of the Administrator of the Wage & Hour Division, U. S. Department of Labor, opposing the petition.

No. 124. JOHNSON ET AL., DOING BUSINESS AS UNITED STATES DENTAL CO., ET AL. *v.* UNITED STATES. October 8,

1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. H. Albert Young, Albert I. Kegan* and *Walter F. Dodd* for petitioners. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 125. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* MOONEY, ADMINISTRATRIX. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Arnot L. Sheppard* for petitioner. *Mr. Chelsea O. Inman* for respondent.

No. 126. AVIATION CAPITAL, INC. *v.* PEDRICK, COLLECTOR OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis H. Horan* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key* and *Miss Helen R. Carloss* for respondent.

No. 127. STANDARD LIME & STONE CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Harry N. Baetjer* for petitioner. *Acting Solicitor General Cox, Messrs. Alvin J. Rockwell, Marcel Mallet-Prevost* and *Miss Ruth Weyand* for respondent.

No. 128. McADEN *v.* FLORIDA. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Patrick C. Whitaker, Charles F. Blake*